IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BURLINGTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1908 |
| NEWS CORPORATION, | : | |
| | : | |
| FOX TELEVISION STATIONS, INC., and | : | |
| | : | |
| FOX TELEVISION STATIONS OF PHILADELPHIA, INC. | : | |

### O R D E R

**AND NOW**, this 23rd day of December, 2010, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 26), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED** as to Plaintiff's hostile work environment claim.

2. Defendants' Motion for Summary Judgment is **DENIED** as to all other claims.

   **IT IS SO ORDERED.**

                                                         BY THE COURT:


                                                         /**s**/ *R. Barclay Surrick*
                                                         U.S. District Judge