IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BURLINGTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1908 |
| NEWS CORPORATION, | : | |
| | : | |
| FOX TELEVISION STATIONS, INC., and | : | |
| | : | |
| FOX TELEVISION STATIONS OF PHILADELPHIA, INC. | : | |

# **O R D E R**

**AND NOW**, this 30th day of December, 2010, upon consideration of Plaintiff's Motion in Limine to Preclude Evidence of Irrelevant and Overly Prejudicial Statements Allegedly Made by Plaintiff to Joyce Evans (ECF No. 36), it is **ORDERED** that Plaintiff's Motion is **DENIED.**

**IT IS SO ORDERED.**

                                                                       **BY THE COURT:**

                                                                        /**s**/ *R. Barclay Surrick*
                                                                        **U.S. District Judge**