IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BURLINGTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1908 |
| NEWS CORPORATION, | : | |
| | : | |
| FOX TELEVISION STATIONS, INC., and | : | |
| | : | |
| FOX TELEVISION STATIONS OF PHILADELPHIA, INC. | : | |

### **O R D E R**

**AND NOW**, this  7th  day of January, 2011, upon consideration of Defendants' Motion for a Stay Pending the Supreme Court's Opinion in *Staub v. Proctor Hospital* and/or for Reconsideration (ECF No. 50), it is **ORDERED** that Defendants' Motion for a Stay is **GRANTED**.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**