IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS BURLINGTON : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 09-1908 |
| NEWS CORPORATION, ET AL. : | |

## ORDER

**AND NOW**, this   24th   day of October, 2014, upon consideration of Defendants' Motion for Reconsideration (ECF No. 50), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**