IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BURLINGTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1908 |
| NEWS CORPORATION, ET AL. | : | |

# ORDER

**AND NOW**, this  12th  day of January, 2015, upon consideration of Defendants' Motion for Certification of this Court's Order Dated October 24, 2014 for Immediate Appeal Pursuant to 28 U.S.C. § 1292(b) (ECF No. 71), and all papers submitted in support thereof and in opposition thereto, and after a hearing in open court, it is **ORDERED** that Defendants' Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**