IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BURLINGTON | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1908 |
| NEWS CORPORATION, ET AL. | : | |

**ORDER**

**AND NOW**, this **4th** day of **May**, **2015**, upon consideration of Defendants' Motion to Compel the Production Of The Settlement Agreement From Plaintiff's Chester County Lawsuit (ECF No. 79), and the Motion of Dan Gross and National Union Fire Insurance Company of Pittsburgh, PA to Intervene to Assert Their Confidentiality Interests (ECF No. 83), and all papers and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** that:

1. The Motion of Dan Gross and National Union Fire Insurance Company of Pittsburgh, PA to Intervene (ECF No. 83) is **DENIED**. Dan Gross and National Union Fire Insurance Company of Pittsburgh, PA are nevertheless granted amicus curiae status.

2. Defendants' Motion to Compel (ECF No. 79) is **DENIED**.

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**