IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS BURLINGTON         :
                                :           CIVIL ACTION
            v.                :
                                :           NO. 09-1908
NEWS CORPORATION, ET AL.    :

**O R D E R**

      **AND NOW**, this __29th__ day of ___March___, 2016, upon consideration of Plaintiff's

Motion Pursuant To Federal Rules of Civil Procedure 50 and 59 For Judgment As A Matter Of

Law Or, In The Alternative, For A New Trial (ECF No. 184), and all papers and exhibits

submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is

**DENIED**.

      **IT IS SO ORDERED.**

                                     **BY THE COURT:**

                                    _____
                                    **R. BARCLAY SURRICK, J.**